# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00089-CR

**La'Afrique James Hollie, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 50068, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

La'Afrique James Hollie seeks to appeal from an order revoking community supervision. The trial court has certified that Hollie waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

The court has also certified that this is a plea-bargain case. Rule 25.2(a)(2) does not apply, however, to bargained pleas of true at a probation revocation hearing. *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). *See also Hargesheimer v. State*, No. PD-1610-04, 2006 Tex. Crim. App. LEXIS 17, at *17-19 (Tex. Crim. App. Jan. 18, 2006).

Based on the certification that Hollie waived his right of appeal, the appeal is dismissed.  *See* Tex. R. App. P. 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   March 2, 2006

Do Not Publish